# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LOUISIANA HEALTH SERVICE &
INDEMNITY COMPANY D/B/A BLUE
CROSS AND BLUE SHIELD OF
LOUISIANA AND HMO LOUISIANA,
INC.

NO.  2026 CW 0563

VERSUS

LOUISIANA DENTAL
ASSOCIATION, INC., ET AL.

**APRIL 24, 2026**

---

In Re:    Mark Wightman, D.D.S., Courtney Wightman, D.D.S., and
Wightman Family Dental, L.L.C., applying for supervisory
writs, 19th Judicial District Court, Parish of East
Baton Rouge, No. 683969.

---

**BEFORE:    WOLFE, MILLER, AND EDWARDS, JJ.**

**STAY DENIED; WRIT DENIED.** There is no order or judgment of the district court before this court for review.  Nevertheless, we note "the jurisdiction of the trial court over all matters in the case reviewable under the appeal is divested, and that of the appellate court attaches, on the granting of the order of appeal . . . Thereafter the trial court has jurisdiction in the case only over those matters not reviewable under the appeal".  La. Code Civ. P. art. 2088(A).  Any order or judgment rendered subsequent to the order granting an appeal is null if that order or judgment purports to address a matter, which is at the time reviewable under the appeal. **Marrero v. I. Manheim Auctions, Inc.**, 2019-0365 (La. App. 1st Cir. 11/19/19), 291 So.3d 236, 239.  Matters "not reviewable under the appeal," have generally been interpreted to give the trial court continuing jurisdiction over all issues that are unaffected by the appeal. **June Med. Servs., LLC v. Landry,** 2022-1087 (La. App. 1st Cir. 1/3/23), 2023 WL 149082 (unpublished).

EW
SMM
BDE

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
  FOR THE COURT